# EXHIBIT 28

| | |
|---|---|
| From: | Brent Wilde |
| To: | KBustraan@charlestoncounty.org |
| Cc: | Joe Dawson; doug@durbanolawfirm.com; jake@durbanolawfirm.com; "Karl David" |
| Subject: | Janauary Rent Invoice |
| Date: | Thursday, December 31, 2015 12:28:07 PM |
| Attachments: | City of Charleston January 2016 Invoice.pdf.pdf |

Mr. Keith Bustraan

Attached is an invoice for rent for January. I have also copied Mr. Joe Dawson.

Thanks,

Brent Wilde,
Chicora Life Center, LC



This email has been sent from a virus-free computer protected by Avast.
www.avast.com



**Chicora Life Center**
3600 Rivers Ave.
North Charleston, SC
29405

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2016 | 00000000042 |

**Bill To**

Charleston County
Attn: County Administrator
4045 Bridge View Drive
N Charleston, SC 29405

| Quantity | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 98,087 | January 2016 | Monthly Rent at Chicora Life Center - based on $12.00 per rsqft annually = $1.00 per month | 1.00 | 98,087.00 |
| 98,087 | January 2016 | Tenants Portion of Operating Expense at $6.50 per rsqft annually = $0.54167 per month | 0.54167 | 53,130.79 |

Wire Instructions:
Company- Chicora Life Center, LC
Bank- Bank of America Fork
476 W. Heritage Park Blvd. Ste. 200
ABA Routing- 124301025
Account Name- Chicora Life Center
Account Number- 13102108

**Total** $151,217.79

UCF02014